UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Ochiabutor Sorenson Oruche

                                        Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20MAG7427

Defendant \_\_\_\_Ochiabutor Soenson Oruche_____ hereby voluntarily consents to participate in the following proceeding via \_x\_ videoconferencing or \_x\_ teleconferencing:

\_x\_   Initial Appearance Before a Judicial Officer

\_\_\_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_   Bail/Detention Hearing

\_\_\_   Conference Before a Judicial Officer


/S O chiabutor Sorenson Oruche
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ochiabutor Sorenson Oruche
Print Defendant's Name

Defendant's Counsel's Signature

Gerald Di Chiara
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/28/2020
Date

Sarah L. Cave
U.S. Magistrate Judge